UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES ROY THOMAS** a/k/a **DAVID JOEL HAMMONS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1396** |
| **NEW ORLEANS POLICE DEPARTMENT** | **SECTION: "J"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss, Rec. Doc. 11, is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of February, 2022.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE